IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Charles E. Munson

     Plaintiff,                     No. CIV S-04-0248 DFL CMK PS

    vs.

Gordon R. England, Secretary of the Navy,

     Defendant.

_____/       ORDER

        On July 14, 2004, this court ordered plaintiff to show cause why he had failed to serve defendants with a copy of his complaint within 120 days of filing, as required by Federal Rule of Civil Procedure 4(m). The court discharged the show cause order on August 30, 2004, and ordered plaintiff to serve defendant within sixty days. To date, plaintiff has still not served defendant with a copy of his complaint.

        On April 13, 2005, plaintiff filed a "Response to Order to Show Cause." In his filing, plaintiff seeks permission from the court to now serve defendant with his complaint. Plaintiff states that he has delayed serving defendant because he has been trying to find an attorney and because he has been ill and hospitalized.

        Good cause appearing, the court grants plaintiff thirty days to serve defendants. If

defendant is not served within thirty days, the court will recommend dismissal of this action. No further extensions will be given.

      IT IS ORDERED that plaintiff is granted thirty days from the date of this order to serve defendant; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: May 10, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11           Plaintiff,                    No. CIV
12      vs.
13                                         NOTICE OF SUBMISSION
14           Defendants.                        OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18           _____      completed summons form
19           _____      completed USM-285 forms
20           _____      copies of the _____
                                     Complaint/Amended Complaint
21   DATED:
22
23                                              _____
                                                Plaintiff
24
25
26
```