1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Charles E. Munson

11            Plaintiff,                    No. CIV S-04-0248 DFL CMK PS

12       vs.

13   Gordon R. England, Secretary of the
     Navy,

14            Defendant.

15   _____/            ORDER

16

17          On July 14, 2004, this court ordered plaintiff to show cause why he had failed to

18   serve defendants with a copy of his complaint within 120 days of filing, as required by Federal

19   Rule of Civil Procedure 4(m).  The court discharged the show cause order on August 30, 2004

20   and ordered plaintiff to serve defendant within sixty days.  To date, plaintiff has still not served

21   defendant with a copy of his complaint.

22          On April 13, 2005, plaintiff filed a "Response to Order to Show Cause," which

23   sought permission from the court to serve defendant with his complaint.  Plaintiff stated that he

24   had delayed serving defendant because plaintiff has been attempting to find an attorney and

25   because he has been hospitalized.  The court granted plaintiff thirty days to serve defendant and

26   cautioned him that failure to comply with this order would result in a recommendation of

     dismissal.

1            On May 31, 2005, plaintiff sent a letter to the court advising that he had attempted

2 to serve defendant, but that service had been refused.  Plaintiff also detailed several medical

3 ailments and noted that he was still seeking an attorney.  The court is not unsympathetic to

4 plaintiff's difficulties in serving defendant.  However, the court has an obligation to effectively

5 manage its docket and comply with the Federal Rules of Civil Procedure.  Plaintiff is reminded

6 that it is the plaintiff's responsibility to effect service on the defendants.  See e.g., Walker v.

7 Sumner, 14 F.3d 1415 (9th Cir. 1993)(abrogated on other grounds)(stating that pro-se prisoner

8 defendant bears the burden of furnishing the necessary information to identify and serve

9 defendant).  Plaintiff has had numerous chances and several months to locate and properly serve

10 defendant.  The court noted in its previous order that no further extensions would be given.

11            IT IS ORDERED that plaintiff must properly serve defendants within thirty days

12 from the courts May 11, 2005 order.  Failure to serve defendant will result in a recommendation

13 that this case be dismissed.

14 DATED:  June 9, 2005.

15

16                                                CRAIG M. KELLISON

17                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26