1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Charles E. Munson

11            Plaintiff,                       No. CIV S-04-0248 DFL CMK P

12        vs.

13   Gordon R. England

14            Defendants.

15   _____/          ORDER

16            This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   Federal Rule of Civil Procedure 12(a)(1)(A) states that a defendant shall serve an answer within

18   twenty days of being served with the complaint. Defendant was served on June 23, 2005.  His

19   answer was due on July 13, 2005.  To date, defendant has not filed an answer.

20            IT IS ORDERED THAT:

21            Defendant shall show cause, in writing, within ten days from the date of service

22   of this order, why he has failed to file an answer in the above captioned matter.   Failure to

23   timely respond may result in further sanctions.

24   DATED:   August 15, 2005.

25

26
                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26