IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Charles E. Munson

    Plaintiff,                      No. CIV S-04-0248 DFL CMK P

    vs.

Gordon R. England

    Defendants.

_____/         ORDER

        Plaintiff is proceeding pro se in this civil rights action, which was referred to the undersigned pursuant to Local Rule 72-302(c)(21).  Plaintiff filed his action in February of 2004 but, for various reasons, did not serve defendant until July 1, 2005.  On August 16, 2005, the undersigned ordered the defendant to show cause why he had failed to file an answer in this case.  Currently before the court are defendant's September 7, 2004 response to the order to show cause and plaintiff's August 24, 2005 motion for default judgment.

        In his response to the order to show cause, defendant noted that plaintiff's service was defective; to date the United States Attorney for the Eastern District of California has not been served with process in accordance with Fed. R. Civ. P 4(i)(1).  Defendant informed plaintiff of the deficient service by letter dated August 4, 2005.  In light of the defective service, default judgment is not appropriate.

Accordingly, IT IS ORDERED that:

1. Plaintiff's August 24, 2005 motion for default judgment is denied;

2. The August 16, 2005 order to show cause is discharged and;

3. Plaintiff is given twenty days from the date of this order to serve defendant in accordance with the Federal Rules of Civil Procedure. Given the history of delay of effecting service in this case, no extensions will be granted.

DATED: September 13, 2005.

                                                                  /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26