IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. MUNSON,

        Plaintiff,                No. CIV S-04-0248 DFL CMK P

    vs.

GORDON R. ENGLAND, et al.,

        Defendants.        <u>ORDER</u>

        On May 11, 2006, plaintiff filed a timely request to continue the status conference. <u>See</u> Local Rule 78-230(g).

        In support of his request for a continuance, plaintiff states that he is a diabetic and takes many medications. Presumably, plaintiff is too ill to attend the status conference. The court notes that this action has been plagued with delays. Plaintiff failed to serve his complaint on defendants for over a year. One of plaintiff's proffered reasons in response to this court's order to show cause for failure to serve was his diabetes.

        While the court is not unsympathetic to plaintiff's illness and need for medications, the court must also manage its docket in an efficient manner. Therefore, the court declined to continue the status conference to a later date. However, a review of the parties'

jointly filed status report[1] reveals that the status conference could be conducted on the papers.

Upon consideration of the status reports on file in this action, THE COURT ORDERS AS FOLLOWS:

1. Thirty days from the date of this order, the parties shall simultaneously exchange Rule 26(a) initial disclosures.

2. Plaintiff shall designate expert witnesses no later than November 17, 2006; defendants shall designate experts no later than December 18, 2006.

3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 25, 2007.

4. Dispositive motions shall be noticed to be heard by March 29, 2007.

5. The pretrial conference is set for May 9, 2007 at 4:00 p.m. in courtroom 7. Pretrial statements shall be filed pursuant to Local Rule 16-281.

6. Jury trial of this matter is set for July 16, 2007 at 9:00 a.m. in courtroom 7 before the Honorable David F. Levi. The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED:   August 28, 2006.

*[signature: Craig M. Kellison]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] See Defs.' Status Report (doc. 28) at 2:9-28, 10:1-2.