IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. MUNSON, | No. CIV S-04-0248-RRB-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| GORDON R. ENGLAND, et al., | |
|     Defendants. | |
| _____/ | |

       Plaintiff, proceeding pro se, brings this civil action. Pending before the court is defendants' motion to dismiss, or in the alternative, motion for summary judgment (Doc. 39).

       Pursuant to the modified pretrial order filed April 23, 2007, a trial date was set for April 7, 2008, with a pretrial conference on February 8, 2008. Due to the submission of the motion to dismiss or for summary judgment, the court, sua sponte, hereby vacates the pretrial conference and trial dates. The parties are also relieved of their duty to file pretrial statements. If appropriate, the court will issue a new scheduling order by separate order upon resolution of the motion.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that the remaining dates in the modified
2  pretrial order (Doc. 37) are vacated.
3
4  DATED:  January 7, 2008
5
6  _____
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE