**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES E. MUNSON, | No. CIV S-04-0248-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| GORDON R. ENGLAND, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 17, 2008, the magistrate judge filed findings and recommendations (Doc. 46) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The findings and recommendations filed January 17, 2008, are adopted in full;

4      2.    Plaintiff's request to file a late opposition is granted;

5      3.    Defendants' motion to dismiss (Doc. 39) is denied;

6      4.    Defendants' motion for summary judgment (Doc. 39) is granted;

7      5.    The Clerk of the Court is directed to enter judgment and close this case.

8  IT IS SO ORDERED.

10  DATED: 8/14/2008

                  /s/ John A. Mendez
                  UNITED STATES DISTRICT JUDGE